UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,

       Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material To Defendant **(#16).**

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

**ORDERED** that the government's Motion **(#16) is GRANTED**, and that grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated this 27th day of February, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge