UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,

      Defendant.

## ORDER

Upon the Motion **(#69)** of the United States, pursuant to D.C.COLO.LCrR 57.3, it is hereby,

**ORDERED** that the Motion **(#69) is GRANTED.**

(1) because the depositions of the Material Witnesses must take place in the United States Courthouse or other location where court business and proceedings are conducted as the Material Witnesses and the Defendant are in the custody of the United States Marshal's Service; and

(2) because both counsel from the United States Attorney's Office and the Federal Public Defender's Office will be taking the depositions as part of their official duties -- to preserve the testimony of the Material Witnesses for trial -- the Court grants the United States' motion and authorizes the Parties to videotape the depositions of the nine Material Witnesses designated by the Court on February 7, 2007, in the United States Courthouse, or other location as designated by the Clerk's Office, where court business and proceedings are conducted.

Dated this 2nd day of March, 2007

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge