UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,
a/k/a Jose Pacheco-Rodriguez,
a/k/a Francisco Franco-Rodriguez,
a/k/a Jose Reyes-Balcon,
a/k/a Jose Rodriguez-Pacheco,

       Defendant.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#75) on March 13, 2007** by Defendant Jose Francisco Franco-Rodriguez. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

    **IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **May 14, 2007** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.  The motions hearing set for **March 23, 2007**, the final trial preparation conference set for **March 30, 2007** and the **April 2, 2007** trial date are **VACATED**.

Dated this 13th day of March, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge