UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,
a/k/a Jose Pacheco-Rodriguez,
a/k/a Francisco Franco-Rodriguez,
a/k/a Jose Reyes-Balcon,
a/k/a Jose Rodriguez-Pacheco,

        Defendant.

## ORDER GRANTING MOTION FOR COMPETENCY EVALUATION, AND SETTING HEARING

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Stay Proceedings, and for Order Directing Competency Evaluation and for Appointment of Psychologist **(#99)**, and Supplement **(#100)** thereto.

Defense counsel believes that the Defendant may be suffering from mental illness and may not be competent to proceed in this matter. Thus, defense counsel moves for the appointment of Dr. Walter Torres to assess the Defendant's mental competence under 18 U.S.C. § 4247(b). Defense counsel represents that the Defendant is housed at the Clear Creek County Jail, and that it is a suitable location for conducting any evaluation.

**IT IS THEREFORE  ORDERED** that the Motion **(#99)** is **GRANTED**. Pursuant to 18 U.S.C. § 4247(b), the Defendant shall be examined by Dr. Walter Torres at the Clear Creek

County Jail.  Pursuant to 18 U.S.C. § 4247(c), Dr. Torres shall issue a report addressing the Defendant's competence to proceed in this matter.  The report shall be submitted to the Court and counsel within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that a competence hearing is set for **November 6, 2007 at 4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

**IT IS FURTHER ORDERED** that the Government shall incur the cost of said evaluation, at a rate of $220.00/hour.

Dated this 30th day of August, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge