UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,
a/k/a Jose Pacheco-Rodriguez,
a/k/a Francisco Franco-Rodriguez,
a/k/a Jose Reyes-Balcon,
a/k/a Jose Rodriguez-Pacheco,

        Defendant.

## ORDER AND NOTICE RESETTING CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the Court's finding that Defendant is competent to proceed in this action at a competency hearing held on November 6, 2007.

**IT IS THEREFORE ORDERED** that a Change of Plea hearing is set for **December 31, 2007,** at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 7th day of November, 2007.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge