UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00001-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE FRANCISCO FRANCO-RODRIGUEZ,
a/k/a Jose Pacheco-Rodriguez,
a/k/a Francisco Franco-Rodriguez,
a/k/a Jose Reyes-Balcon,
a/k/a Jose Rodriguez-Pacheco,

    Defendant.

## ORDER RESETTING CHANGE OF PLEA

THIS MATTER comes before the Court *sua sponte*,

**IT IS HEREBY ORDERED** that the Change of Plea hearing previously set for December 31, 2007, at 9:15 a.m. is **RESET** for **February 4, 2008**, at **9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 29th day of November, 2007.

                                                  **BY THE COURT:**

                                                *Marcia S. Krieger* (signature)

                                                Marcia S. Krieger
                                                United States District Judge